■ MICHAEL AVARI et al., Plaintiffs, v CREATIVE KITCHEN DESIGN, LTD., et al., Defendants, and DIANA ASDOURIAN, Third-Party Plaintiff-Appellant. AETNA CASUALTY AND SURETY COMPANY, Third-Party Defendant-Respondent. [619 NYS2d 645] —Appeal by the defendant third-party plaintiff from an order and judgment (one paper) of the Supreme Court, Nassau County (Goldstein, J.), entered May 3, 1993.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Goldstein at the Supreme Court in his memorandum decision dated March 30, 1993. Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.